**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **DANIEL F. BARKER,** | § | |
| **LUCILLE F. BRAGG,** | § | |
| **PAMELA CAMERON,** | § | |
| **PEGGY DVORAK,** | § | |
| **HENRY HARRIS,** | § | |
| **ROBERT ARDEN HAYS,** | § | |
| **RODNEY HERRMANN,** | § | |
| **SHERRY HOOD,** | § | |
| **DONNA CUMMINGS HOWARTH,** | § | |
| **AARON HUMPHRIES,** | § | |
| **SHANE JONES,** | § | |
| **RONALD LAGOE,** | § | |
| **ROBERT MATTHEW,** | § | |
| **ROBBIE McNEIL,** | § | |
| **JUSTIN L. MORRIS,** | § | |
| **NICK D. MYERS,** | § | |
| **ANDREW OPPELT,** | § | |
| **VALERIE ORDAN,** | § | |
| **ANNETTE PURCELL,** | § | |
| **CURT RALSTIN,** | § | |
| **NICOLE REDMOND,** | § | **Civil Action No. 4:07-cv-04557** |
| **SHELLI L. RICH,** | § | |
| **MARIE RODRIGUEZ,** | § | |
| **JAMES SIMPTON,** | § | |
| **HADLEY S. SMITH,** | § | |
| **SUSAN SMITH,** | § | |
| **VICKY A. STOCKMAN,** | § | **DEMAND FOR JURY TRIAL** |
| **SHIRLEY SWANNER,** | § | |
| **JOHN VANN,** | § | |
| **SUSAN E. VIARS,** | § | |
| **JUDITHA WAYNE,** | § | |
| **BONNIE WEDGEWORTH,** | § | |
| **JEFFREY WILLIAMS,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **DAVOL, INC., and C.R. BARD, INC.,** | § | |
| | § | |
| **Defendants** | § | |

**PLAINTIFFS'**
**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME PLAINTIFFS', DANIEL F. BARKER, LUCILLE F. BRAGG, PAMELA CAMERON, PEGGY DVORAK, HENRY HARRIS, ROBERT ARDEN HAYS, RODNEY HERRMANN, SHERRY HOOD, DONNA CUMMINGS HOWARTH, AARON HUMPHRIES, SHANE JONES, RONALD LAGOE, ROBERT MATTHEW, ROBBIE McNEIL, JUSTIN L. MORRIS, NICK D. MYERS, ANDREW OPPELT, VALERIE ORDAN, ANNETTE PURCELL, CURT RALSTIN, NICOLE REDMOND, SHELLI L. RICH, MARIE RODRIGUEZ, JAMES SIMPTON, HADLEY S. SMITH, SUSAN SMITH, VICKY A. STOCKMAN, SHIRLEY SWANNER, JOHN VANN, SUSAN E. VIARS, JUDITHA WAYNE, BONNIE WEDGEWORTH and JEFFREY WILLIAMS, and who file this their Certificate of Interested Parties pursuant to the Court's Order for Conference and Disclosure of Interested Parties. The following persons, associations, of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are on may be financially interested in the outcome of this litigation.

I.

A. Plaintiffs
DANIEL F. BARKER
LUCILLE F. BRAGG
PAMELA CAMERON
PEGGY DVORAK
HENRY HARRIS
ROBERT ARDEN HAYS
RODNEY HERRMANN
SHERRY HOOD
DONNA CUMMINGS HOWARTH
AARON HUMPHRIES

SHANE JONES
RONALD LAGOE
ROBERT MATTHEW
ROBBIE McNEIL
JUSTIN L. MORRIS
NICK D. MYERS
ANDREW OPPELT
VALERIE ORDAN
ANNETTE PURCELL
CURT RALSTIN
NICOLE REDMOND
SHELLI L. RICH
MARIE RODRIGUEZ
JAMES SIMPTON
HADLEY S. SMITH
SUSAN SMITH
VICKY A. STOCKMAN
SHIRLEY SWANNER
JOHN VANN
SUSAN E. VIARS
JUDITHA WAYNE
BONNIE WEDGEWORTH
JEFFREY WILLIAMS

By and through their Attorneys of Record
David W. Alexander
Steven J. Kherkher
John T. Boundas
**WILLIAMS KHERKHER HART BOUNDAS, LLP**
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017

B. Defendants
DAVOL, INC.
100 Sockanosset Crossroads
P. O. Box 8500
Cranston, Rhode Island 02920

By and Through its Registered Agent
CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

C. R. BARD, INC.

730 Central Avenue
Murray Hill, New Jersey 07974

Respectfully submitted,

/s/ David W. Alexander
David W. Alexander
Texas Bar No. 24029417
SDTX Bar No. 32900
Steven J. Kherkher
Texas Bar No. 11375950
SDTX Bar No. 12341
John T. Boundas
Texas Bar No. 00793367
SDTX Bar No. 25155
**WILLIAMS KHERKHER HART BOUNDAS, LLP**
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2008, a true and correct copy of Plaintiffs', Daniel F. Barker, Lucille F. Bragg, Pamela Cameron, Peggy Dvorak, Henry Harris, Robert Arden Hays, Rodney Herrmann, Sherry Hood, Donna Cummings Howarth, Aaron Humphries, Shane Jones, Ronald Lagoe, Robert Matthew, Robbie McNeil, Justin L. Morris, Nick D. Myers, Andrew Oppelt, Valerie Ordan, Annette Purcell, Curt Ralstin, Nicole Redmond, Shelli L. Rich, Marie Rodriguez, James Simpton, Hadley S. Smith, Susan Smith, Vicky A. Stockman, Shirley Swanner, John Vann, Susan E. Viars, Juditha Wayne, Bonnie Wedgeworth and Jeffrey Williams , Certificate of Interested Parties was sent via U. S. Mail pursuant to Rule 5 of the Federal Rules of Civil Procedure to the following Parties or their Attorneys of Record at the addresses shown.

DAVOL, INC.
100 Sockanosset Crossroads
P. O. Box 8500
Cranston, Rhode Island 02920

By and Through its Registered Agent
CT Corporation System
10 Weybosset Street
Providence, Rhode Island 02903

C. R. BARD, INC.
730 Central Avenue
Murray Hill, New Jersey 07974

/s/ David W. Alexander
**DAVID W. ALEXANDER**