CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04557

Barker et al v. C.R. Bard, et al
Assigned to: Judge Nancy F. Atlas
Related Case Case: 4:07−cv−02002
Cause: 28:1391 Personal Injury

Date Filed: 12/27/2007
Date Terminated: 02/05/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Daniel F Barker** represented by **David Willis Alexander**
Williams Kherkher Hart Boundas LLP
8441 Gulf Freeway Ste 600
Houston, TX 77017
713−230−2200
Fax: 713−643−6226
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucille F Bragg** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Cameron** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy Dvorak** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Harris** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Arden Hays** represented by **David Willis Alexander**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney Herrmann** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherry Hood** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Cummings Howarth** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Humphries** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shane Jones** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Lagoe** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Matthew** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robbie McNeil** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Morris** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nick D Myers** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Oppelt** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valerie Ordan** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Purcell** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Curt Ralstin** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Redmond** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelli L Rich** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Marie Rodriguez** | represented by | **David Willis Alexander**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Simpton** | represented by | **David Willis Alexander**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Hadley S Smith** | represented by | **David Willis Alexander**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Susan Smith** | represented by | **David Willis Alexander**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vicky A Stockman** | represented by | **David Willis Alexander**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shirley Swanner** | represented by | **David Willis Alexander**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Vann** | represented by | **David Willis Alexander**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Susan E Viars** | represented by | **David Willis Alexander**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

**Juditha Wayne** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie Wedgeworth** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Williams** represented by **David Willis Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2007 | | COMPLAINT against all defendants (Filing fee $ 350) filed by all plaintiffs.(espencer, ) (Entered: 12/27/2007) |
| 12/27/2007 | | ***Party John Vann rep by David Willis Alexander, and Susan E Viars rep by David Willis Alexander, and Juditha Wayne rep by David Willis Alexander, and Bonnie Wedgeworth rep by David Willis Alexander, and Jeffrey Williams rep by David Willis Alexander added. (espencer, ) (Entered: 12/27/2007) |
| 12/27/2007 | | Filing fee re: 1 Complaint : $350.00, receipt number 587789, filed. (agould, ) (Entered: 12/27/2007) |
| 12/28/2007 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 3/28/2008 at 01:30 PM in Courtroom 9F before Judge Nancy F. Atlas.( Signed by Judge Nancy F. Atlas ) Parties notified.(espencer, ) (Entered: 12/28/2007) |
| 01/11/2008 | | First CERTIFICATE OF INTERESTED PARTIES by DANIEL F. BARKER, LUCILLE F. BRAGG, PAMELA CAMERON, PEGGY DVORAK, HENRY HARRIS, ROBERT ARDEN HAYS, RODNEY HERRMANN, SHERRY HOOD, DONNA CUMMINGS HOWARTH, AARON HUMPHRIES, SHANE JONES, RONALD LAGOE, ROBERT MATTHEW, ROBBIE McNEIL, JUSTIN L. MORRIS, NICK D. MYERS, ANDREW OPPELT, VALERIE ORDAN, ANNETTE PURCELL, CURT RALSTIN, NICOLE REDMOND, SHELLI L. RICH, MARIE RODRIGUEZ, JAMES SIMPTON, HADLEY S. SMITH, SUSAN SMITH, VICKY A. STOCKMAN, SHIRLEY SWANNER, JOHN |

| | | |
|---|---|---|
| | | VANN, SUSAN E. VIARS, JUDITHA WAYNE, BONNIE WEDGEWORTH and JEFFREY WILLIAMS, filed.(Alexander, David) (Entered: 01/11/2008) |
| 02/05/2008 | | ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE. Case terminated on 2/5/2008.( Signed by Judge Nancy F. Atlas ) Parties notified.(sashabranner, ) (Entered: 02/05/2008) |
| 02/27/2008 | | JPML CONDITIONAL TRANSFER ORDER (14) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842. Parties notified.(rvazquez, ) (Entered: 02/27/2008) |
| 02/27/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. (rvazquez, ) (Entered: 02/27/2008) |